## DEVINE v. KILCOMMONS.

(Supreme Court, Appellate Term.  April 8, 1910.)

Appeal from Municipal Court, Borough of Manhattan, Third District.

Action by Thomas F. Devine against John Kilcommons.  Judgment for defendant, and plaintiff appeals.  Motion for reargument granted, judgment reversed, and new trial ordered.

Argued before SEABURY, LEHMAN, and BIJUR, JJ.

James A. Delehanty, for appellant.
Kelley and Connelly, for respondent.

PER CURIAM.  For the reasons given in the opinion in Devine v. Kilcommons (No. 138 of Appeals from the Municipal Court on the March Term Calendar) 122 N. Y. Supp. 260, the motion for a reargument is granted, and the judgment is reversed, and a new trial ordered, with costs to the appellant to abide the event.